AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| SREAM, INC., a California Corporation | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) |
| ROZI & FOUZIA, INC., a Florida Corporation | ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No. 16-cv-14401-JEM/Lynch

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Rozi & Fouzia, Inc.,
R/A Mohammed A. Hai
6150 South US Highway 1
Ft. Pierce, Florida 34982

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jamie Alan Sasson
The Ticktin Law Group, PLLC
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: September 14, 2016

_s/ Ledys M. Rodriguez_
Deputy Clerk
U.S. District Courts

Select Courthouse

Steven M. Larimore
Clerk of Court